IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaiimtiff, | ) | |
| | ) | 3:08-cr-00261 |
| v. | ) | . |
| | ) | |
| REGINALD ELLISON, SR., | ) | |
| | ) | |
|    Defendant. | ) | |

## **O R D E R**

Mr. Gant shall file a reply on behalf of the Defendant to the Government's response, Document #57, to Defendant's Motion for Reduction of Sentence pursuant to Title 18 U.S.C. 3582(c)(2) based on the Guideline Amendment 750, Document #53, on or before NOVEMBER 9, 2012.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge